# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY LYNN ANDRISEK,<br><br>   Plaintiff,<br><br> v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant.<br>_____/ | Case No. 1:24-cv-00355-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 1) |

  Plaintiff Tracey Andrisek filed a complaint on March 27, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2). Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED; and
2. The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order. Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **March 28, 2024**        */s/ Sheila K. Oberto*
                       UNITED STATES MAGISTRATE JUDGE